

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01097-CR

Karl **KEENE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR7223
Honorable Joel Perez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 14, 2024.

_____
Beth Watkins, Justice